## AGUILAR v. STATE.

No. 26725.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

No attorney on appeal for appellant.

James Pearson, County Atty., Sweetwater, Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction for two separate sales of intoxicating liquor in a dry area, prosecuted under a single information, with punishment assessed at both a fine of $100 and three months in jail in each case.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.